U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                      Case Number:

ANTHONY MARANO COMPANY v. BIMEX, INC., an
Illinois corporation d/b/a Roselle International Food Market,
Miroslaw Kubas, Wojciech Dziewonski, Kazimierz Koniarczyk,
and Zbigniew Kruczalak

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ANTHONY MARANO COMPANY

**07CV6382**
**JUDGE LINDBERG**
**MAG. JUDGE VALDEZ**

| NAME (Type or print) |
|---|
| Lawrence B. Ordower |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ [signature] |

| FIRM |
|---|
| ORDOWER & ORDOWER, P.C. |

| STREET ADDRESS |
|---|
| One N. LaSalle St., Suite 1300 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 02115328 | 312-263-5122 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

FILED
NOV - 9 2007
NOV 9 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT