

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| ANTHONY MARANO COMPANY,<br>Plaintiff,<br><br>v.<br><br>BIMEX, INC., an Illinois corporation d/b/a Roselle International Food Market, MIROSLAW KUBAS, WOJCIECH DZIEWONSKI, KAZIMIERZ KONIARCZYK, and ZBIGNIEW KRUCZALAK,<br>Defendants. | Case No. **07 C 6382**<br><br>Judge: **JUDGE LINDBERG**<br><br>Magistrate Judge: **MAGISTRATE JUDGE VALDEZ** |

## MOTION FOR TEMPORARY RESTRAINING ORDER

Upon the verified affidavit of Plaintiff's representative and the accompanying memorandum in support, Plaintiff moves the Court to issue a temporary restraining order enforcing the statutory trust established by Section 5 ( c) of the Perishable Agriculture Commodities Act, 7 U.S.C., § 499 e(c), by restraining the transfer of any and all assets of BIMEX, INC., an Illinois corporation d/b/a Roselle International Food Market, Miroslaw Kubas, Wojciech Dziewonski, Kazimierz Koniarczyk, and Zbigniew Kruczalak, except for any payment to Plaintiff, up to $21,890.25 to Plaintiff ANTHONY MARANO COMPANY, pending either payment to Plaintiff by cashier's or certified check of $21,890.25 to Plaintiff ANTHONY MARANO COMPANY or a further hearing to be set within ten (10) days of the issuance of the temporary restraining order.

Respectfully Submitted,

_____
Michael T. Stanley
ORDOWER & ORDOWER, P.C.
One N. LaSalle Street, No. 1300
Chicago, Illinois 60602

FILED
NOV - 9 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

C:\Documents and Settings\Michael Stanley\My Documents\M Stanley\Marano\Bimex\AMCvBimexMotTRO110707.wpd