UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

ANTHONY MARANO COMPANY,

Plaintiff,

v.

BIMEX, INC., an Illinois corporation d/b/a Roselle International Food Market, MIROSLAW KUBAS, WOJCIECH DZIEWONSKI, KAZIMIERZ KONIARCZYK, and ZBIGNIEW KRUCZALAK,

Defendants.

Case No. 07 C 6382

Judge: JUDGE LINDBERG

Magistrate Judge: MAGISTRATE JUDGE VALDEZ

FILED
NOV - 9 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

TO:   By Phone:   Roselle International Food Market (630) 893-5128
               Zbigniew Kruczalak (773) 502-3309
               Kazimierz Koniarczyk (708) 453-0904
               Miroslaw Kubas (773) 545-3394
               Wojciech Dziewonski (708) 452-7058
      By Fax:   Roselle International Food Market (630) 893-5172

PLEASE TAKE NOTICE that on the 14th day of November, 2007 at the hour of 9:30 a.m./p.m. or as soon thereafter as I may be heard, I shall appear before the Honorable Presiding U.S. District Court Judge in Room 1425 at the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the accompanying Motion for Temporary Restraining Order.

Michael T. Stanley
ORDOWER & ORDOWER, P.C.
One North LaSalle Street, Suite 1300
Chicago, Illinois 60602
(312) 263-5122

## CERTIFICATE OF SERVICE

I, MICHAEL T. STANLEY, the attorney, certify that I caused to be served the foregoing Notice of Motion together with the attached Motion for Temporary Restraining Order and Memorandum in Support of Plaintiff's Motion for Temporary Restraining Order and PACA Trust Claim, upon the persons indicated by the manner indicated, on this 9th day of November, 2007.

C:\Documents and Settings\Michael Stanley\My Documents\M Stanley\Marano\Bimex\AMCvBimexNoticeofTROMotion110807.wpd