## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
### Eastern Division

Anthony Marano Company

                        Plaintiff,

v.                                              Case No.: 1:07−cv−06382

                                            Honorable George W. Lindberg

BIMEX, Inc, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 14, 2007:

      MINUTE entry before Judge George W. Lindberg : MOTION by Plaintiff Anthony Marano Company for temporary restraining order is denied for the reasons stated in open court. Preliminary injunction hearing set for 11/29/2007 at 10:30a.m.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.